Clerk of the Court of Criminal Appeals
P.O. Box 12308, Capitol Station,
Austin, Texas 78711

October 14, 2015.

RE: PDR No. PD-0349-15.

Dear Clerk of the Court,

Enclosed is a motion seeking for a ruling on a previously filed motoin for extention of time to file a motion for rehearing on my PDR.

I believe that this Honorable Court has misunderstood the Appellant's motion seeking for a copy of his PDR and postcard showing a refusal or denial of his PDR, as seeking for his Appellate records.

I AM NOT SEEKING FOR MY APPELLATE RECORDS. I HAVE MY RE-PORTER'S AND CLERK'S RECORDS. ALL I NEED IS THE PDR ITSELF AND THE POSTCARD SHOWING A DENIAL ON THE PDR BECAUSE I HAVE NOT RE-CEIVED THEM FROM SCOTT PAWGAN.

I would like to respectfully ask you for a copy of this PDR in the above numbered case, and for the postcard showing a ] denial of my PDR. If not, please contact my previous attorney Scott Pawgan (122 W. Davis St. ste. 116, conroe, tx. 77301) at (936) 242-6975 and tell him to send this document to me, thank you.

Thank you for all your help and time for it is greatly appreciated.

Respectfully,

Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

Cc: file.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

NO. PD-0349-15

EDWARD FLORES,                        §
    Appellant,                        §
                                      §    IN THE COURT OF CRIMINAL
Vs.                                   §
                                      §    APPEALS AT AUSTIN, TEXAS
THE STATE OF TEXAS,                   §
    Appellee.                         §

## APPELLANT'S REQUEST FOR THIS HONORABLE COURT TO RULE UPON
## HIS MOTION FOR AN EXTENTION OF TIME TO FILE A MOTION FOR REHEARING

COMES NOW, Edward Flores, Tdcj #1848741, Appellant in the above styled and numbered cuase and files his request for this Honorable Court to rule upon his motion for an extention of time to file a motion for rehearing, and shows this Honorable Court GOOD CAUSE to GRANT this motion as follows:

1. The Appellant presents this motion to this Honorable Court because he believes that this Honorable Court has made a mistake within the presented motions previously filed, and Appellant comes in good faith to request for a ruling on a pending motion.

2. On or about September 26, 2015, the Appellant filed three motions within this Honorable Court: (1) Motion to file a single copy; (2) Appellant's request for his petition, postcard dening relief, and any other document necessary; and (3) Appellant's motion for an extention of time to file a motion for rehearing.

3. On Monday October 12, 2015 (Coffield's mailroom received the post-cards on October 9, 2015) the Appellant received two postcards from this Honorable Court.

4. The first postcard states: "On this day, this Court has

page 1

granted the Appellant's pro se motion to suspend rule 9.3(b) T.R.A.P." And the other postcard States: "On this day the Appellant's pro motion for the Corut of Criminal Appeals to provide a free copy of the appellate record is denied."

5. Truly, the Appellant is not seeking for his Appellate record, the Appellant has his Reporter's and Clerk's record. The documents that the Appellant is seeking for was his PDR and the Postcard that refused or denied his PDR, for he has never received them from his attorney.

6. Therefore, the Appellant has one more motion that was never ruled upon by this Honorable Court: his motion for an extention of time to file his motion for rehearing on his PDR.

## PRAYER FOR RELIEF

The Appellant prays that this Honorable Court will GRANT the Appellant's previously file motion for an extention of time and give a reasonable amount of time for the Appellant to properly prepare and file his Petition for Discret. review. In addition to this, and to the extent of obtaining Appellant's PDR and postcard denial on his PDR, the Appellant prays that this Honorable Court will ORDER Scott Pawgan, Attorney at law, 122 W. Davis St. Ste. 116; Conroe, Tx. 77301, to send the requested to the Appellant promptly.

Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

page 2

## INMATE DECLARATION

I, Edward Flores, #01848741, being incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of October 14, 2015.

Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Edward Flores, #01848741, have placed this motion seeking for a ruling on his previously filed motion for an extention of time to file his motion for rehearing, into the internal mailing system of the Coffield unit in Anderson county on October 14, 2015. This is true and correct under the penalty of perjury. Executed this day of October 14, 2015.

Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.colony, Tx. 75884
Pro se.